| | |
|---|---|
| **Fill in this information to identify your case:** | |
| United States Bankruptcy Court for the: | |
| DISTRICT OF KANSAS | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Green Energy Products, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-5535944** | |
| 4. | **Debtor's address** | **Principal place of business** **250 East Industrial** **Sedgwick, KS 67135** Number, Street, City, State & ZIP Code **Sedgwick** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

| Debtor | Green Energy Products, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | | | Relationship | |
|---|---|---|---|---|---|
| District | | When | | Case number, if known | |

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 2

| Debtor | **Green Energy Products, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 3

| Debtor | **Green Energy Products, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 5, 2016**
MM / DD / YYYY

X **/s/ Richard Belt**       **Richard Belt**
Signature of authorized representative of debtor       Printed name

Title **Shareholder**

**18. Signature of attorney**

X **/s/ Jeffrey A. Deines**       Date **July 5, 2016**
Signature of attorney for debtor       MM / DD / YYYY

**Jeffrey A. Deines**
Printed name

**Lentz Clark Deines PA**
Firm name

**9260 Glenwood**
**Overland Park, KS 66212**
Number, Street, City, State & ZIP Code

Contact phone **913-648-0600**       Email address

**20249**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Green Energy Products, LLC**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Arkalon Ethanol, LLC<br>8664 Road P.<br>Liberal, KS 67901 | | 16-CV-1287 | | | | $748,592.45 |
| Atmos Energy Marketing LLC | | | | | | $29,254.67 |
| Barton Solvents Inc | | | | | | $21,946.60 |
| Berkley Assigned Risk Services | | | | | | $17,005.00 |
| Cecil L. O'Brate<br>1604 Campus Dr.<br>Garden City, KS 67846 | | 16-CV-1005 | | | | $176,152.16 |
| Conestoga Logistics, LLC | | | | | | $25,068.43 |
| Deacom, Inc. | | | | | | $56,239.68 |
| Dore Electric. Inc.<br>3636 N. Topeka<br>Wichita, KS 67219 | | Artisan's or Repairman's Lien Statement | | | | $148,000.00 |
| East Kansas Agri-Energy LLC | | | | | | $297,182.50 |
| Eco-Engineers LLC | | | | | | $14,450.75 |
| ERI Solutions Inc. | | | | | | $12,338.75 |
| F & H Insulation, Inc. | | | | | | $80,021.11 |
| Maclasky Oilfield Services, In | | | | | | $23,988.75 |

| Debtor | Green Energy Products, LLC | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Novozymes, NA, Inc.** | | | | | | $12,845.92 |
| **PAC, LP** | | | | | | $27,304.00 |
| **Plant Maintenance Services LLC** | | | | | | $101,817.80 |
| **Praxair, Inc.** | | | | | | $101,180.20 |
| **Shimadzu Scientific Instrument** | | | | | | $26,304.99 |
| **Trindle Construction Inc** | | | | | | $12,499.58 |
| **Westar** | | | | | | $14,939.53 |

Air Capital Equipment, Inc

Albert & Leona A. Morgan
Charitable Foundation
711 3rd St.
PO Box 266
Phillipsburg KS 67661

Allen, Gibbs & Houlik LC

Alltite

Andale Farmers CO-OP

Arkalon Ethanol, LLC
8664 Road P.
Liberal KS 67901

Atmos Energy Marketing LLC

B.E.L.T. Inc
PO Box 12526
Wichita KS 67227

Barton Solvents Inc

Berkley Assigned Risk Services

Bernard Douglas Hoffman, Jr

Brandon Maloy

Brenntag Southwest Inc

Brian Skillman


C & B Equipment


Cecil  L. O'Brate
1604 Campus Dr.
Garden City KS 67846


Central National Bank
802 N. Washington
Junction City KS 66441


Charles Goodrich


Chem-Aqua, Inc.


Christoper A. McElgunn
Klenda Austerman, LLC
1600 Epic Center
301 North Main
Wichita KS 67202-4816


Christopher A. McElgunn
Klenda Austerman LLC
301 N Main, Ste 1600
Wichita KS 67202-4816


Cintas Corporation


City of Sedgwick
511 N. Commercial
PO Box 131
Sedgwick KS 67135


City of Sedgwick, Kansas
511 N. Commercial
PO Box 131
Sedgwick KS 67135

Conestoga Logistics, LLC

Cornerbank , N.A.
12828 E. 13th St N. Ste 1
Wichita KS 67230-1459

Corporation Service Company

Dale Hammerschmidt

Dan Rueger

Deacom, Inc.

DeRossett Company

Dore Electric. Inc.
3636 N. Topeka
Wichita KS 67219

East Kansas Agri-Energy LLC

Eco-Engineers LLC

Enegren Computer Service

ERI Solutions Inc.

Eric J. Vogel

Eurofins QTA, Inc

F & H Insulation, Inc.

Fabsco Fin-Air, LLC

Farmers Oil Company, Inc

FedEx Freight

Ferrellgas

First Insurance Funding Corp

Fisher Scientific Company

Hajoca Corporation

Hampel Oil

Harcros Chemical, Inc.

Hazmatpac, Inc

Industrial Commercial Insulation, Inc.

Internal Revenue Service

Intertek USA Inc

Iowa Central Fuel Testing  Lab

JCI Industries

Kansa Depart of Revenue
915 SW Harrison St.
Topeka KS 66612-1588

Kansas Gas Service

Kanza Co-Operative Association

KDHE - Bureau of Water

Kice Industries, Inc

Lewis-Goetz

M & L CPA's

Maclasky Oilfield Services, In

Medical Associates, PLC

Midwest Laboratories, Inc

Mike Morris

Murdock Companies

National Biodiesel Board

Novozymes, NA, Inc.

OSR Services LP

PAC, LP

PCI Mechancial

PHAE Promissory Note

Plant Maintenance Services LLC

Prairie Horizon Agri-Energy
1664 East 100 Road
Phillipsburg KS 67661

Praxair, Inc.

Precision Administrators Inc

Reddi Industries

Richard Belt

Richard K. Thompson
Martin, Pringle, Oliver
Wallace & Bauer, L.L.P.
100 North Broadway, Suite 500
Wichita KS 67202


Ronald J. Beemiller, II


Safety-Kleen Systems Inc


Scott Trego


SDK Laboratories


Sedgwick Ventures


Shannon Hallowell


Shimadzu Scientific Instrument


Sigma-Alrich, Inc


Simmons Transport


Southards Welding & Manfg.


St. & Mable I Nuttycomb
Charitable Trust
711 3rd St.
Phillipsburg KS 67661


Superior Service Company

TG Technical Services

The Darwin & Lorene Cole
Foundation Inc,
711 3rd St.
PO Box 266
Phillipsburg KS 67661

Thomas J. Lasater
Fleeson, Gooing, Coulson &
Kitch, L.L.C.
PO Box 997
Wichita KS 67201

Tory Cooley

Tri-Dim Filter Corporation

Trindle Construction Inc

Triplett, Woolf, & Garretson

Uline

United Rentals, Inc.

VHG Labs Inc

Waste Connections

WB Holding LLC

WB Holdings LLC
300 East Industrial
Sedgwick KS 67135


WB Promissory Note


WB Services LLC


WB Services, LLC


Westar


Wichita Burner, Inc.

# United States Bankruptcy Court
## District of Kansas

In re  **Green Energy Products, LLC**  
Debtor(s)

Case No. _____  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Shareholder of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **July 5, 2016**

**/s/ Richard Belt**  
**Richard Belt**/**Shareholder**  
Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re  **Green Energy Products, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Green Energy Products, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Prairie Horizon Agri-Energy**
**1664 East 100 Road**
**Phillipsburg, KS 67661**

**WB Holdings LLC**
**300 East Industrial**
**Sedgwick, KS 67135**

☐ None [*Check if applicable*]

**July 5, 2016**  
Date

**/s/ Jeffrey A. Deines**  
**Jeffrey A. Deines**  
Signature of Attorney or Litigant  
Counsel for  **Green Energy Products, LLC**  
**Lentz Clark Deines PA**  
**9260 Glenwood**  
**Overland Park, KS 66212**  
**913-648-0600 Fax:913-648-0664**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy