IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

IN RE:                                )
                                      )
GREEN ENERGY PRODUCTS, LLC            )      Case No. 16-21278-11
                                      )
        Debtor-in-Possession.         )

**APPLICATION FOR EMPLOYMENT OF LENTZ CLARK DEINES PA
AS ATTORNEYS FOR DEBTOR**

COMES NOW Green Energy Products, LLC ("GEP" or "Debtor"), as Debtor and Debtor in Possession, and submits its Application for Employment of Lentz Clark Deines PA as Attorneys for Debtor. In support thereof, Debtor states and alleges as follows:

1.   Debtor filed its voluntary petition in bankruptcy under Chapter 11 on July 5, 2016, and continues to operate as Debtor-In-Possession.

2.   Debtor wishes to employ Lentz Clark Deines PA ("LCD"), to represent the Debtor in her Chapter 11 bankruptcy proceedings. LCD's Federal I.D. Number is 48-0906326.

3.   Debtor has selected LCD for the reason that LCD has considerable experience in bankruptcy matters of this character. Further, given LCD's familiarity with Debtor, its situation, and local law and local practice, Debtor believes that LCD is well qualified to represent Debtor in the captioned case.

4.   In addition, Jeffrey A. Deines and Carl R. Clark are Board Certified in Business Bankruptcy Law by the American Board of Certification. LCD's depth of experience in Chapter 11 reorganizations and its familiarity with Debtor make LCD qualified to deal with the legal issues that may arise in the context of Debtor's Chapter 11 proceeding.

5.   LCD has agreed to act as attorneys for the Debtor at a fee commensurate with LCD's experience and the nature and complexity of this case. The hourly rates proposed range from $350 for partners; $200 for associates; and $90 for paralegals. These hourly rates are subject to periodic adjustment to reflect economic and other conditions.

6. LCD represents no interest materially adverse to GEP or to GEP's estate on the matters upon which it is to be engaged and its employment would be in the best interest of the bankruptcy estate.

7. LCD is a disinterested person within the meaning of § 327(a) of the Bankruptcy Code.

8. Other than providing prepetition bankruptcy advice to the Debtor and except as set forth in the attached Verified Statement, LCD has no connections with the Debtor, creditors, any other parties in interest, their respective attorneys and accountants, United States Trustee or any person employed in the Office of the United States Trustee.

9. LCD understands that there is a continuing duty to disclose any subsequently discovered adverse interest or connections.

10. Attached hereto and incorporated herein is the Verified Statement of Jeffrey A. Deines, as required by Fed. R. Bankr. P. 2014(a).

11. In accordance with Fed. R. Bankr. P. 2014(a), Debtor shall transmit a copy of this Application to the United States Trustee.

12. Debtor requests that the Court enter an Order approving the employment of Lentz Clark Deines PA effective from the date of the filing of Debtor's petition, as more fully set forth herein.

WHEREFORE, Debtor respectfully requests this Court's Order approving the employment of Lentz Clark Deines PA on the basis set forth above; and for such other and further relief as the Court deems just and equitable.

Green Energy Products, LLC

By: s/ Richard Belt
Debtor-In-Possession


Respectfully submitted,

LENTZ CLARK DEINES PA

s/ Jeffrey A. Deines
Jeffrey A. Deines, KS #20249
9260 Glenwood
Overland Park, KS  66212
(913) 648-0600
(913) 648-0664 Telecopier
jdeines@lcdlaw.com
Attorneys for Debtor-in-Possession


## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing was electronically transmitted to those parties designated with the Court to receive such notification on the date this document was filed on the court's docket.

    s/ Jeffrey A. Deines
    Jeffrey A. Deines

# VERIFIED STATEMENT OF JEFFREY A. DEINES OF
## LENTZ CLARK DEINES PA

I, Jeffrey A. Deines, of Lentz Clark Deines PA, being first duly sworn, in view of the Application for Employment of Lentz Clark Deines PA as Attorneys for Debtor, request that Lentz Clark Deines PA, be employed as attorneys for the Debtor to perform certain services in the above-entitled matter, and hereby make solemn oath:

1. Lentz Clark Deines PA ("LCD") is a disinterested person within the meaning of §327(a) of the Bankruptcy Code.

2. To the best of my knowledge, LCD represents no interest materially adverse to the Debtor or the Debtor's estate on matters upon which Lentz Clark Deines PA is to be engaged.

3. Other than LCD providing prepetition bankruptcy services to the Debtor, LCD has no connections with the Debtor. As to creditors, LCD has represented secured creditor Central National Bank in unrelated matters. Specifically, the representation of Central National Bank involved an unrelated Chapter 13 bankruptcy and related matters to that case. Aside from that representation, LCD has no other connections to creditors, any other parties in interest, their respective attorneys and accountants, United States Trustee or any person employed in the Office of the United States Trustee.

4. LCD was retained on or about June 30, 2016. LCD has received a retainer fee of $17,000.00, including filing fee. Since June 30, 2016, LCD has been paid approximately $1,717.00 for the filing fee.

5. In order to determine that I, in fact, represent no interest materially adverse to the Debtor or the Debtor' estates, I reviewed the case file, financial documents, the lists of various

creditors of the Debtor and my list of clients. In addition, I discussed the engagement with the other members of LCD.

6.     I understand that Lentz Clark Deines PA has a continuing duty to disclose any subsequently discovered adverse interest or adverse connections within the meaning of Paragraphs 2 and 3, respectively.

7.     I have read the foregoing Application for Employment as Attorneys for Debtor and the statements contained therein are true and accurate according to the best of my knowledge, information and belief.

8.     I verify under penalty of perjury that the foregoing is true and correct.

Executed on this July 5, 2016.

LENTZ CLARK DEINES PA

s/ Jeffrey A. Deines
Jeffrey A. Deines, KS #20249
9260 Glenwood
Overland Park, KS  66212
(913) 648-0600
(913) 648-0664 Telecopier
jdeines@lcdlaw.com
Attorney for Debtor-in-Possession

STATE OF KANSAS        )
                       ) ss:
COUNTY OF JOHNSON      )

Signed and sworn to before me on this July 5, 2016, by Jeffrey A. Deines of Lentz Clark Deines PA

My Commission Expires: 5/3/2018

s/ Christy Grubaugh
NOTARY PUBLIC