Form ocvp  (Revised 12/03/2015)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 16−21278                                    Chapter: 11

In re:

Green Energy Products, LLC
250 East Industrial
Sedgwick, KS 67135

EIN: 45−5535944

| Entered By The Court 7/6/16 | ORDER TO CORRECT VOLUNTARY PETITION IN BANKRUPTCY | Filed By The Court 7/6/16 David D. Zimmerman Clerk of Court US Bankruptcy Court |
|---|---|---|

The above−captioned voluntary petition in bankruptcy and/or accompanying documents are defective and/or missing. The following corrections/amendments must be made within fourteen (14) days of the entry of this order or the case will be dismissed without further notice.

**Missing/Defective Documents:**
**Aty Disclosure Stmt.**
**Ch 11 Form B−122B−2**
**201A Attachment to Volp for Non−individuals**
**Corp Resolution**
**DeBN Request Form**
**Declaration re DB Sched**
**Eq. Sec. Hold. List**
**Schedule A/B**
**Schedule D**
**Schedule E/F**
**Schedule G**
**Schedule H**
**Stmt. of Fin. Affairs**
**B202 Declaration under Penalty of Perjury**
**B206 Summary of Your Assets and Liabilities**

**CORRECTIONS MUST BE SUBMITTED USING THE LATEST VERSION OF THE APPROPRIATE OFFICIAL FORM. FAILURE TO CORRECT WITHIN FOURTEEN (14) DAYS WILL RESULT IN DISMISSAL**

Please note that Official Forms are available on www.uscourts.gov/forms/bankruptcy−forms.

Document 5                                    s/  David D. Zimmerman
                                              Clerk, United States Bankruptcy Court