IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

IN RE:                                    )
                                          )
GREEN ENERGY PRODUCTS, LLC                )        Case No. 16-21278-11
                                          )
                    Debtor-in-Possession. )

<u>**NOTE TO ACCOMPANY SCHEDULES**</u>

The attached remaining schedules and related documents are based on information

currently available to the Debtor and counsel.  There is additional information that is located on a

computer server that is currently under the control of the chapter 7 trustee of the WB Services,

LLC bankruptcy case, case no. 16-10759 in the U.S. Bankruptcy Court for the District of Kansas.

As of the filing of the attached remaining schedules and related documents, Debtor does not have

access to the information on the WB Services, LLC server.  To the extent the Debtor is provided

access to said server, Debtor will file supplemental and/or amended schedules and related

documents.

Respectfully Submitted,

LENTZ CLARK DEINES PA

s/ Jeffrey A. Deines
Jeffrey A. Deines, KS # 20249
Shane J. McCall, KS #24564
9260 Glenwood
Overland Park, KS  66212
(913) 648-0600
(913) 648-0664 Fax
jdeines@lcdlaw.com
smccall@lcdlaw.com
*Attorneys for Debtor in Possession*

Fill in this information to identify the case:

Debtor name __**Green Energy Products, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF KANSAS__

Case number (if known) __**16-21278**__

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Central National Bank** <br> **Balance as of 5/31/2016** <br> **-13,610.75** | **Checking Account** | **6059** | **$0.00** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.** | **$0.00** |
| --- | --- |
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| 8.1.   **Prepaid Expenses** | **$220,942.10** |
| --- | --- |

9.     **Total of Part 2.** | **$220,942.10** |
| --- | --- |
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **316,439.30** | - | **0.00** | = .... | **$316,439.30** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | **$316,439.30** |
|---|---|

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** Work In Progress | | **$0.00** | | **$858,153.70** |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** Inventory - Additives value as of 4/1/2016 | | **$0.00** | | **$86,115.83** |
| | Inventory - Feedstock value as of 4/1/2016 | | **$0.00** | | **$10,714.86** |
| | Inventory - Products/By Products value as of 4/1/2016 | | **$0.00** | | **$139,609.18** |
| | Inventory - RIN'S value as of 4/1/2016 | | **$0.00** | | **$355,567.37** |

Case 16-21278    Doc# 34    Filed 08/09/16    Page 3 of 42

| 23. | **Total of Part 5.** | | **$1,450,160.94** |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value          Valuation method          Current Value

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|      Software | $0.00 | | $287,050.00 |
|      Computer Equipment | $0.00 | | $9,874.57 |
| 42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | | **$296,924.57** |
|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
|      **Machinery & Equipment** | $0.00 | | $18,303,977.93 |
|      **Lab Assets** | $0.00 | | $566,290.25 |

| 51. | **Total of Part 8.** | | $18,870,268.18 |
|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
 ■ No
 ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

| | | |
|---|---|---|
| 55.1. | **The East 640.00 feet of the West 1328.00 feet of the North 418.00 feet of the South Half of the Northwest Quarter of Section 3, Township 25 South, Range 1 West of the 6th Principal Meridian, Sedgwick County, Kansas EXCEPT that portion described as follows: Commencing at the Northwest Corner of said Northwest Quarter; thence South 00 59'22" East (base of bearing is NAD83 Grid Kansas South Zone) along the West line of said Northwest Quarter 1333.70 feet to the Northwest corner of the South Half of said Northwest Quater; thence North 89 08'28" East along the North line of the South Half of said Northwest Quarter 1087.79 feet for the point of beginning; thence continuing North 89 08' 28" East along the North line of the South Half of said Northwest Quarter 240.00 feet to the Northwest Corner of Lot 6, Block 1, Sedgwick Industrial Park to Sedgwick, Sedgwick County, Kansas; thence South 01 003'34" East along the West line of said Lot 6 a distance of 418.03 feet (418.0 feet record) to the Southwest Corner of said Lot 6; thence South 89 08'54" West along the North right-of-way line of East Industrial Drive as platted in said Sedgwick Industrial Park 240.00 feet; thence North 01** | $0.00    $0.00 |

**00'34" West parrallel
with the West line of
said Lot 6 a distance
of 418.00 feet to the
Point of Beginning.**

| | | |
|---|---|---|
| 55.2. | **A portion of the South Half of the Northwest Quarter of Section 3, Township 25 South, Range 1 West of the 6th Principal Meridian, Sedgwick County, Kansas described as follows: Commencing at the Northwest Corner of said Northwest Quarter; thence South 00 59'22" East (base of bearing is NAD83 Grid Kansas South Zone) along the West line of said Northwest Quarter 1333.70 feet to the Northwest corner of the South Half of said Northwest Quater; thence North 89 08'28" East along the North line of the South Half of said Northwest Quarter 1087.79 feet for the point of beginning; thence continuing North 89 08' 28" East along the North line of the South Half of said Northwest Quarter 240.00 feet to the Northwest Corner of Lot 6, Block 1, Sedgwick Industrial Park to Sedgwick, Sedgwick County, Kansas; thence South 01 003'34" East along the West line of said Lot 6 a distance of 418.03 feet (418.0 feet record) to the Southwest Corner of said Lot 6; thence South 89 08'54" West along the North right-of-way line of East Industrial Drive as platted in said Sedgwick Industrial Park 240.00 feet; thence North 01 00'34" West parrallel with the West line of said Lot 6 a distance of 418.00 feet to the** | $0.00 | $0.00 |

**Point of Beginning.**

| | | | |
|---|---|---|---|
| 55.3. | **The West 110.00 feet of Lot 6, Block 1, Sedgwick Industrial Park to Sedgwick, Sedgwick County, Kansas.** | $0.00 | $0.00 |
| 55.4. | **Buildings** | $0.00 | $2,724,071.58 |
| 55.5. | **Land** | $0.00 | $96,112.90 |

**56.    Total of Part 9.**                                                          $2,820,184.48

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.    Notes receivable**<br>Description (include name of obligor) | |
| **72.    Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **73.    Interests in insurance policies or annuities** | |
| **74.    Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75.    Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to** | |

**set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

       **Research & Development**                                                    $533,248.60

---

78.   **Total of Part 11.**                                                  | $533,248.60 |
       Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $220,942.10 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $316,439.30 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,450,160.94 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $296,924.57 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $18,870,268.18 | |
| 88. **Real property.** *Copy line 56, Part 9*...................................................................> | | $2,820,184.48 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $533,248.60 | |
| 91. **Total.** Add lines 80 through 90 for each column | $21,687,983.69 | + 91b. $2,820,184.48 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $24,508,168.17 |

**Fill in this information to identify the case:**

Debtor name: **Green Energy Products, LLC**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known): **16-21278**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  B.E.L.T. Inc** Creditor's Name | **Describe debtor's property that is subject to a lien** **All Various Industrial Plan Equipment and Vehicles described of Lease #B-07112; 17505** | **Unknown** | **$0.00** |

**2.1  B.E.L.T. Inc**
Creditor's Name

**PO Box 12526**
**Wichita, KS 67227**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All Various Industrial Plan Equipment and Vehicles described of Lease #B-07112; 17505**

Column A: **Unknown**     Column B: **$0.00**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2  Central National Bank**
Creditor's Name

**802 N. Washington**
**Junction City, KS 66441**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All machinery, equipment, Taxable Industrial Revenue Bonds**

Column A: **$14,040,760.88**     Column B: **$0.00**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **City of Sedgwick** | | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |

Creditor's Name

**511 N. Commercial
PO Box 131
Sedgwick, KS 67135**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.4 | **Cornerbank , N.A.** | | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |

Creditor's Name

**12828 E. 13th St N. Ste 1
Wichita, KS 67230-1459**

**Hydrogen Generation System and componet parts. Assigned Lease from B.E.L.T.**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.5 | **PHAE Promissory Note** | | **Describe debtor's property that is subject to a lien** | **$875,709.59** | **$0.00** |

Creditor's Name

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

---

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Sedgwick Ventures** | Describe debtor's property that is subject to a lien | $0.00 | $295,900.50 |
|---|---|---|---|---|

Creditor's Name

Creditor's mailing address      **Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **WB Promissory Note** | Describe debtor's property that is subject to a lien | $2,754,408.37 | $0.00 |
|---|---|---|---|---|

Creditor's Name

Creditor's mailing address      **Describe the lien**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $17,670,878.84 |
|---|---|---|

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

| Debtor | Green Energy Products, LLC | Case number (if know) | 16-21278 |
|---|---|---|---|
| | Name | | |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Richard K. Thompson**<br>**Martin, Pringle, Oliver**<br>**Wallace & Bauer, L.L.P.**<br>**100 North Broadway, Suite 500**<br>**Wichita, KS 67202** | Line __2.4__ | |
| **Thomas J. Lasater**<br>**Fleeson, Gooing, Coulson &**<br>**Kitch, L.L.C.**<br>**PO Box 997**<br>**Wichita, KS 67201** | Line __2.2__ | |

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,315.33 | $2,315.33 |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | Last 4 digits of account number | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Kansa Depart of Revenue**<br>**915 SW Harrison St.**<br>**Topeka, KS 66612-1588** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $250.59 | $250.59 |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | Last 4 digits of account number | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,649.47 |
|---|---|---|---|
| | **Air Capital Equipment, Inc** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,148.94 |
|---|---|---|---|
| | **Allen, Gibbs & Houlik LC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,542.60 |
|---|---|---|---|
| | **Alltite** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $340.43 |
|---|---|---|---|
| | **Andale Farmers CO-OP** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $748,592.45 |
|---|---|---|---|
| | **Arkalon Ethanol, LLC** | ☐ Contingent | |
| | **8664 Road P.** | ☐ Unliquidated | |
| | **Liberal, KS 67901** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** **E001** | **Basis for the claim:** **16-CV-1287** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,254.67 |
|---|---|---|---|
| | **Atmos Energy Marketing LLC** | ☐ Contingent | |
| | **5420 Lyndon B. Johnson Fwy** | ☐ Unliquidated | |
| | **Dallas, TX 75240** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Business Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,946.60 |
|---|---|---|---|
| | **Barton Solvents Inc** | ☐ Contingent | |
| | **901 S. 66th Terrace** | ☐ Unliquidated | |
| | **Kansas City, KS 66111** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Business Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,005.00 |
|---|---|---|---|

**Berkley Assigned Risk Services**
**222 So. Ninth St., Ste 2700**
**Minneapolis, MN 55402-3332**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.67 |
|---|---|---|---|

**Brandon Maloy**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,567.00 |
|---|---|---|---|

**Brenntag Southwest Inc**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.01 |
|---|---|---|---|

**Brian Skillman**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,971.69 |
|---|---|---|---|

**C & B Equipment**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176,152.16 |
|---|---|---|---|

**Cecil  L. O'Brate**
**1604 Campus Dr.**
**Garden City, KS 67846**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 16-CV-1005

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $347.69 |
|---|---|---|---|

**Charles Goodrich**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,507.88 |
|---|---|---|---|

**Chem-Aqua, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,177.70 |
|---|---|---|---|

**Cintas Corporation**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,068.43 |
|---|---|---|---|

**Conestoga Logistics, LLC**
**1701 N. Kansas Ave.**
**Liberal, KS 67901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Business Debt

Is the claim subject to offset? ☐ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $427.00 |
|---|---|---|---|

**Corporation Service Company**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $677.37 |
|---|---|---|---|

**Dale Hammerschmidt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47.50 |
|---|---|---|---|

**Dan Rueger**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,239.68 |
|---|---|---|---|

**Deacom, Inc.**
**601 Lee Road**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,204.16 |
|---|---|---|---|

**DeRossett Company**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148,000.00 |
|---|---|---|---|

**Dore Electric. Inc.**
3636 N. Topeka
Wichita, KS 67219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Artisan's or Repairman's Lien Statement_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $297,182.50 |
|---|---|---|---|

**East Kansas Agri-Energy LLC**
1304 S. Main Street
Garnett, KS 66032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,450.75 |
|---|---|---|---|

**Eco-Engineers LLC**
11815 Hwy Dr., #600
Cincinnati, OH 45241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $568.41 |
|---|---|---|---|

**Enegren Computer Service**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,338.75 |
|---|---|---|---|

**ERI Solutions Inc.**
125 N. First St., Ste 5
Colwich, KS 67030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,600.00 |
|---|---|---|---|

**Eurofins QTA, Inc**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,021.11 |
|---|---|---|---|

**F & H Insulation, Inc.**
5003 East 61st St. N.
Kechi, KS 67067

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $845.00 |
|---|---|---|---|

**Fabsco Fin-Air, LLC**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,180.00 |
|---|---|---|---|

**Farmers Oil Company, Inc**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41.00 |
|---|---|---|---|

**FedEx Freight**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86.00 |
|---|---|---|---|

**Ferrellgas**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410.45 |
|---|---|---|---|

**First Insurance Funding Corp**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $734.68 |
|---|---|---|---|

**Fisher Scientific Company**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,283.20 |
| --- | --- | --- | --- |
| | **Hajoca Corporation** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.76 |
| --- | --- | --- | --- |
| | **Hampel Oil** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,847.18 |
| --- | --- | --- | --- |
| | **Harcros Chemical, Inc.** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $708.28 |
| --- | --- | --- | --- |
| | **Hazmatpac, Inc** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,141.00 |
| --- | --- | --- | --- |
| | **Industrial Commercial Insulation, Inc.** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,518.10 |
| --- | --- | --- | --- |
| | **Intertek USA Inc** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,375.00 |
| --- | --- | --- | --- |
| | **Iowa Central Fuel Testing  Lab** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | As of the petition filing date, the claim is: Check all that apply. | |
|---|---|---|---|

**3.43** Nonpriority creditor's name and mailing address
**JCI Industries** — $660.00
☐ Contingent
☐ Unliquidated
☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**3.44** Nonpriority creditor's name and mailing address
**Kansas Gas Service**
**11401 W. 89th Street**
**Overland Park, KS 66210** — $4,859.02
☐ Contingent
☐ Unliquidated
☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**3.45** Nonpriority creditor's name and mailing address
**Kanza Co-Operative Association** — $185.90
☐ Contingent
☐ Unliquidated
☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _
Basis for the claim: _
Is the claim subject to offset? ☐ No ☐ Yes

**3.46** Nonpriority creditor's name and mailing address
**KDHE - Bureau of Water** — $60.00
☐ Contingent
☐ Unliquidated
☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _
Basis for the claim: _
Is the claim subject to offset? ☐ No ☐ Yes

**3.47** Nonpriority creditor's name and mailing address
**Kice Industries, Inc** — $1,954.00
☐ Contingent
☐ Unliquidated
☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _
Basis for the claim: _
Is the claim subject to offset? ☐ No ☐ Yes

**3.48** Nonpriority creditor's name and mailing address
**Lewis-Goetz** — $4,980.91
☐ Contingent
☐ Unliquidated
☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**3.49** Nonpriority creditor's name and mailing address
**M & L CPA's** — $5,975.00
☐ Contingent
☐ Unliquidated
☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,988.75 |
|---|---|---|---|

**Maclasky Oilfield Services, In**
105 N. Industrial Rd.
PO Box 222
El Dorado, KS 67042

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,560.00 |
|---|---|---|---|

**Medical Associates, PLC**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $663.95 |
|---|---|---|---|

**Midwest Laboratories, Inc**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,980.38 |
|---|---|---|---|

**Mike Morris**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $892.78 |
|---|---|---|---|

**Murdock Companies**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $648.21 |
|---|---|---|---|

**National Biodiesel Board**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,845.92 |
|---|---|---|---|

**Novozymes, NA, Inc.**
77 Perry Chapel Church Rd.
Franklinton, NC 27525

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 16-21278     Doc# 34     Filed 08/09/16     Page 24 of 42

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,600.00 |
|---|---|---|---|
| | **OSR Services LP** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,304.00 |
|---|---|---|---|
| | **PAC, LP** | ☐ Contingent | |
| | **8824 Fallbrook Drive** | ☐ Unliquidated | |
| | **Houston, TX 77064** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** Business Debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $842.48 |
|---|---|---|---|
| | **PCI Mechanical** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101,817.80 |
|---|---|---|---|
| | **Plant Maintenance Services LLC** | ☐ Contingent | |
| | **2 Ultraway Drive** | ☐ Unliquidated | |
| | **Highland, IL 62249** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** Business Debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101,180.20 |
|---|---|---|---|
| | **Praxair, Inc.** | ☐ Contingent | |
| | **39 Old Ridgebury Road** | ☐ Unliquidated | |
| | **Danbury, CT 06810-5113** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** Business Debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.35 |
|---|---|---|---|
| | **Precision Administrators Inc** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $611.07 |
|---|---|---|---|
| | **Reddi Industries** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,037.91** |
| | **Safety-Kleen Systems Inc** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$81.82** |
| | **Scott Trego** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$775.00** |
| | **SDK Laboratories** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62.85** |
| | **Shannon Hallowell** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,304.99** |
| | **Shimadzu Scientific Instrument** | ☐ Contingent | |
| | **8052 Reeder Street** | ☐ Unliquidated | |
| | **Overland Park, KS 66214** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __Business Debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$289.65** |
| | **Sigma-Alrich, Inc** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,300.00** |
| | **Simmons Transport** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425.00 |
|---|---|---|---|
| | **Southards Welding & Manfg.** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171.89 |
|---|---|---|---|
| | **Superior Service Company** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,084.50 |
|---|---|---|---|
| | **TG Technical Services** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.41 |
|---|---|---|---|
| | **Tory Cooley** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $544.00 |
|---|---|---|---|
| | **Tri-Dim Filter Corporation** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,499.58 |
|---|---|---|---|
| | **Trindle Construction Inc** | ☐ Contingent | |
| | **Road #1, PO Box 396** | ☐ Unliquidated | |
| | **Carlisle, PA 17013** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Business Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $584.00 |
|---|---|---|---|
| | **Triplett, Woolf, & Garretson** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,840.87 |
|---|---|---|---|
| | **Uline** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,786.13 |
|---|---|---|---|
| | **United Rentals, Inc.** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $447.00 |
|---|---|---|---|
| | **VHG Labs Inc** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.53 |
|---|---|---|---|
| | **Waste Connections** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,640,451.00 |
|---|---|---|---|
| | **WB Services LLC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,939.53 |
|---|---|---|---|
| | **Westar**<br>**PO Box 758500**<br>**Topeka, KS 66675** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Business Debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,464.52 |
|---|---|---|---|
| | **Wichita Burner, Inc.** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Christoper A. McElgunn**<br>**Klenda Austerman, LLC**<br>**1600 Epic Center**<br>**301 North Main**<br>**Wichita, KS 67202-4816** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Christopher A. McElgunn**<br>**Klenda Austerman LLC**<br>**301 N Main, Ste 1600**<br>**Wichita, KS 67202-4816** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 2,565.92 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,730,424.17 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,732,990.09 |

Fill in this information to identify the case:

Debtor name    **Green Energy Products, LLC**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known)    **16-21278**

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest    **B-071513 dated 7/1/2013 - Lease agreement of Hydrogen Generation System and componets** | |
|      State the term remaining | |
|      List the contract number of any government contract | **B.E.L.T. Inc** <br> **PO Box 12526** <br> **Wichita, KS 67227** |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest    **200 & 250 E. Industrial Dr., Sedgwick, Kansas 67135** | |
|      State the term remaining | |
|      List the contract number of any government contract | **City of Sedgwick, Kansas** <br> **511 N. Commercial** <br> **PO Box 131** <br> **Sedgwick, KS 67135** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor name        **Green Energy Products, LLC**

United States Bankruptcy Court for the:        DISTRICT OF KANSAS

Case number (if known)        **16-21278**

☐ Check if this is an
amended filing

# Official Form 206H
# Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Bernard Douglas Hoffman, Jr** | | **Central National Bank** | ■ D    **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **City of Sedgwick** | **511 N. Commercial<br>PO Box 131<br>Sedgwick, KS 67135** | **Central National Bank** | ■ D    **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Eric J. Vogel** | | **Central National Bank** | ■ D    **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Richard Belt** | | **Central National Bank** | ■ D    **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Ronald J. Beemiller, II** | | **Central National Bank** | ■ D    **2.2**<br>☐ E/F _____<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.6  **WB Holding LLC** | **Central National Bank** | ■ D  __2.2__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.7  **WB Services, LLC** | **Central National Bank** | ■ D  __2.2__<br>☐ E/F  _____<br>☐ G  _____ |

Debtor name    **Green Energy Products, LLC**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known)    **16-21278**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................    $    **2,820,184.48**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................    $    **21,687,983.69**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................    $    **24,508,168.17**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    **17,670,878.84**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **2,565.92**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    **3,730,424.17**

4. **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b       $    **21,403,868.93**

| Fill in this information to identify the case: |
|---|

| | |
|---|---|
| Debtor name | **Green Energy Products, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known) | **16-21278** |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒   Other document that requires a declaration    *Statement of Financial Affairs*

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | **August 9, 2016** | X */s/ Richard Belt* |
|---|---|---|
| | | Signature of individual signing on behalf of debtor |

                                       **Richard Belt**
                                       Printed name

                                       **Shareholder**
                                       Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Green Energy Products, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known) | **16-21278** |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$595,809.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Central National Bank<br>vs<br>Green Energy Products, LLC;<br>City of Sedgwick, Kansas;<br>WB Holdings, LLC;<br>Ronald J. Beemiller II;<br>Richard W. Belt;<br>Bernard Douglas Hoffman Jr.;<br>Eric J. Vogel;<br>Legacy Bank;<br>United Rentals Inc;<br>Maclaskey Oilfield Services, Inc;<br>Cecil L. O'Brate;<br>B.E.L.T. Inc.<br>Cornerbank, NA<br>16 CV 1177** | **Foreclosure** | **District Court, Sedgwick County, Kansas<br>Civil Department** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Cecil O'Brate<br>vs.<br>Green Energy Products, LLC;<br>Sedgwick Ventures, LLC; and<br>WB Technologies, LLC<br>16 CV 1005** | **Civil** | **District Court, Sedgwick County, Kansas<br>Civil Department** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Arkalon Ethanol, LLC<br>vs<br>Green Energy Products, LLC<br>16 CV 1287** | **Civil** | **District Court, Sedgwick County, Kansas<br>Civil Department** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Cornerbank<br>vs<br>Green Energy Products, LLC<br>Ronald Beemiller; Eric Vogel;<br>Benard Hoffman and<br>Richard Belt<br>16 CV 1287** | **Civil** | **District Court, Sedgwick County Kansas<br>Civil Department** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Lentz Clark Deines PA<br>9260 Glenwood<br>Overland Park, KS 66212** | | **July 2016** | **$17,000.00** |
| | Email or website address | | | |
| | **Who made the payment, if not debtor?<br>transfer from Hinkle Law Firm Trust Account** | | | |
| 11.2. | **Hinkle Law Firm** | | **May-June 2016** | **$25,000.00** |
| | Email or website address | | | |
| | **Who made the payment, if not debtor?<br>RIchard Belt/GEP** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- | --- |
| 13.1. | **City of Sedgwick, Kansas 511 N. Commercial PO Box 131 Sedgwick, KS 67135** | **The East 640.00 feet of the West 1328.00 feet of the North 418.00 feet of teh South Half of the Northwest Quarter of Section 3, Township 25 South, Range 1 West of the Sixth Principal** | **7/23/2014** | **$13,952,910.00** |
| | Relationship to debtor | | | |

---

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☑ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ **No**
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **WB Holdings LLC** | **300 East Industrial**<br>**Sedgwick, KS 67135** | **Member** | **71%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Albert & Leona A. Morgan** | **Charitable Foundation**<br>**711 3rd St.**<br>**PO Box 266**<br>**Phillipsburg, KS 67661** | **Member** | **2.5%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **The Darwin & Lorene Cole** | **Foundation Inc**<br>**711 3rd St**<br>**PO Box 266**<br>**Phillipsburg, KS 67661** | **Member** | **1%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **St. & Mable I Nuttycomb** | **Charitable Trust**<br>**711 3rd St.**<br>**PO Box 266**<br>**Phillipsburg, KS 67661** | **Member** | **0.5%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Prairie Horizon Agri-Energy** | **1664 East 100 Road**<br>**Phillipsburg, KS 67661** | **Member** | **25%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ **No**
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ **No**
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |
| | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ **No**
☐ Yes. Identify below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __August  9, 2016__

__/s/ Richard Belt__                           __Richard Belt__
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor    __Shareholder__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes