## In the United States Bankruptcy Court for the District of Kansas

In re: Green Energy Products, LLC,

Case No. 16-21278

Debtor.

______________________________/

**United States Trustee Samuel K. Crocker's**
**Notice Of Appointment Of Unsecured Creditor's Committee**

Notice is hereby given that the United States Trustee has, under 11 U.S.C. § 1102, appointed the following individuals as members of a committee of creditors in the above-captioned case. The committee consists of the following individuals who have indicated a willingness to serve as members of the committee:

East-Kansas Agri-Energy, LLC
1304 S. Main Street
Garnett, KS 66032
Jeff.oestmann@ekaellc.com

Cecil O'Brate
3118 Cummings Rd.
Garden City, KS 67846
_law@awioil.ccom

Arkalon Ethanol, LLC
8664 Road P.
Liberal, KS 67901

Samuel K. Crocker
United States Trustee

*s/: Alice N. Page*
ALICE N. PAGE
Trial Attorney
Admitted in New Mexico, #8067
Permitted to appear under 28 U.S.C. §515(a)
421 Gold SW – Room 112
P. O. Box 608
Albuquerque, NM 87103
Telephone: (505) 248-6550
Facsimile: (505) 248-6558
E-mail: Alice.N.Page@usdoj.gov

## Certificate Of Service

I hereby certify that on August 25, 2016, a true and correct copy of the United States Trustee Samuel K. Crocker's Notice of Appointment of Unsecured Creditors' Committee was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

Further, I certify that copies of the United States Trustee Samuel K. Crocker's Notice of Appointment of Unsecured Creditors' Committee were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following:

Green Energy Products, LLC
250 East Industrial
Sedgwick, KS 67135

East-Kansas Agri-Energy, LLC
1304 S. Main Street
Garnett, KS 66032

Mark T. Benedict
Husch Blackwell, LLP
4801 Main Street – Ste. #1000
Kansas City, MO 64112

Cecil O'Brate
3118 Cummings Rd.
Garden City, KS 67846

Christopher A. McElgunn
Klenda Austerman LLC
301 N. Main – Ste. #1600
Wichita, KS 67202

Arkalon Ethanol, LLC
8664 Road P.
Liberal, KS 67901

*s/: Alice N. Page*
ALICE N. PAGE